IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DIANE ELIZABETH ELDER ) | Case No. 20−32216−KLP |
| ) | Chapter 7 |
| Debtor ) | |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

COMES NOW, the Debtor, by counsel, and pursuant to 11 U.S.C. § 706, files the following Motion to Convert Case from Chapter 7 to Chapter 13, and in support hereof, states as follows:

1.  The Debtor is currently a Debtor in a Chapter 7 case pending before this Court.

2.  This case has not previously been converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, the Debtor hereby moves to convert this Chapter 7 case to a Chapter 13 case.

Respectfully submitted,

DIANE ELIZABETH ELDER
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I certify that on May 26, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest on the attached matrix.

      /s/ James E. Kane
      Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DIANE ELIZABETH ELDER ) | Case No. 20−32216−KLP |
| ) | Chapter 7 |
| Debtor ) | |

## NOTICE OF MOTION

The Debtor has filed papers with the Court to convert this case to a Chapter 13 case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the motion, within twenty-one (21) days of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Main Street, Room 4100
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    P.O. Box 508
    Richmond, Virginia  23218-0508

- Attend a hearing scheduled at a later date. You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                              Respectfully submitted,

                              DIANE ELIZABETH ELDER
                              By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I certify that on May 26, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest on the attached matrix.

                              /s/ James E. Kane
                              Counsel for Debtor

America Infosource
Verizon
PO Box 248838
Oklahoma City, OK 73124

Anesthesia Solutions of VA
PO Box 73983
Dept. 1011
Atlanta, GA 30374

Atlas Acquisitions LLC
2601 Cattleman Rd.
Sarasota, FL 34232

Autotrakk Llc
Attn: Bankruptcy Department
1500 Sycamore Rd., Ste. 200
Montoursville, PA 17754

Blue & Grey Emerg Phys
PO Box 37877
Philadelphia, PA 19101

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CCI/Contract Callers Inc
Attn: Bankruptcy Dept
501 Greene St Ste 302
Augusta, GA 30901

Check Express Advance
10679 Courthouse Road
Fredericksburg, VA 22407

Comenity Bank/roamans
Po Box 182789
Columbus, OH 43218

Convergent Outsourcing, Inc.
Attn: Bankruptcy
Po Box 9004
Renton, WA 98057

```
Credit Control Corp
Po Box 120568
Newport News, VA 23612


Cybrcollect
Attn: Bankruptcy
3 Easton Oval, Ste 210
Columbus, OH 43219


Darcey Geissler
919 Ware Street, SW
Vienna, VA 23180


Easy Comforts
P.O. Box 2861
Monroe, WI 53566


Fredericksburg Em Med Alliance
P.O. Box 808
Grand Rapids, MI 49518-0808


Fredericksburg Orthopaedic As
3310 Fall Hill Ave
Fredericksburg, VA 22401


Genesis Bc/celtic Bank
Attn: Bankruptcy
268 South State Street Ste 300
Salt Lake City, UT 84111


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302


Jefferson Capital Systems LLC
PO Box 17210
Golden, CO 80402


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603
```

```
Mary Washington Healthcare
2300 Fall Hill Ave.
Suite 101
Fredericksburg, VA 22401


MDG US/Capital Community Bank
49 W University Pkwy
Orem, UT 84058


Medical Imaging of Fredericks.
P.O. Box 7606
Fredericksburg, VA 22404


Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108


MultiSpecialty Health Group
4604 Spotsylvania Pkwy
Suite 200
Fredericksburg, VA 22408


O'Sullivan Pathology, PLLC
9834 Business Way
Manassas, VA 20110


ODC Recovery Services, Inc
2300 Fall Hill Ave., Suite 314
Fredericksburg, VA 22401


Orthopaedics Specialists
PO Box 409591
Atlanta, GA 30384


Quantum 3 Group LLC
Comenity Bank
P.O. 788
Kirkland, WA 98083


Regional Acceptance Co
Attn: Bankruptcy
Po Box 1487
Wilson, NC 27894
```

```
Regional Acceptance Co
Attn: Bankruptcy
1424 E Firetower Rd
Greenville, SC 27858


Remote Neuromonitoring Phys
Dept 2105
PO Box 11407
Birmingham, AL 35246


Security Check
Attn: Bankruptcy Dept
2612 Jackson Ave W
Oxford, MS 38655


Spotsylvania Multi Specialty
4604 Spotsylvania Pkwy
Suite 200
Fredericksburg, VA 22408


Spotsylvania Regional Medical
PO Box 13620
Henrico, VA 23255


Spottsylvania Regional Medical
4600 Spotsylvania Parkway
Fredericksburg, VA 22408


Stafford Hospital Center
101 Hospital Center Blvd
Stafford, VA 22554


Surgi-Center of Central VA
1500 Dixon St #101
Fredericksburg, VA 22401


Tate & Kirlin
2810 Southampton Road
Philadelphia, PA 19154


United Consumer Financial
865 Bassett Road
Westlake, OH 44145
```

```
United Consumer Financial Services
Attn: Bankruptcy
Po Box 856290
Louisville, KY 40285


US Deptartment of Education/Great Lakes
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707


Virginia Bariatric
1850 Town Center Parkway
Reston, VA 20190


Walter Sheffield, Esq.
PO Box 7906
Fredericksburg, VA 22404
```